UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

## JOINT PROPOSED JUROR QUESTIONNAIRE

Pursuant to Dkt. 2016, the government and Defendants Gamal Abdelaziz, Marci Palatella, and John Wilson jointly submit the proposed juror questionnaire attached as Exhibit A. Exhibit B contains additional questions requested by the Defendants. Exhibit C contains additional questions requested by the government.

Dated: August 12, 2021

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ Justin D. O'Connell
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
*Assistant United States Attorneys*

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

/s/ Joshua C. Sharp
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

MARCI PALATELLA

By her attorneys:

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO # 305520)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Emily Reitmeier (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

JOHN WILSON

By his attorneys:

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was filed electronically on August 12, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                                       */s/ Joshua C. Sharp*
                                                       Joshua C. Sharp