UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
UNITED STATES OF AMERICA,         :
                                  :
         Plaintiff,               :     Criminal Action
                                  :     No. 19-10080-NMG
     v.                           :
                                  :
GREGORY COLBURN, et al.,          :
                                  :
         Defendants.              :
---------------------------------- x

**DEFENDANT MARCI PALATELLA'S [DEF. NO. 16]
<u>ASSENTED-TO MOTION FOR RETURN OF PASSPORT</u>**

Defendant Marci Palatella respectfully moves the Court for the return of her United States passport to her counsel, which passport is in the custody of the United States Pretrial Services Office.

In support of this motion, Ms. Palatella states as follows:

1. On March 12, 2019, Ms. Palatella was arrested in the Northern District of California and made an initial appearance in that District. Following that initial appearance, counsel for Ms. Palatella delivered her passport to the Pretrial Services Office for the Northern District of California. On March 29, 2019, Ms. Palatella made her initial appearance in the District of Massachusetts, during which she was informed that her passport would remain in the custody of the Pretrial Services Office for the Northern District of California until disposition of the charges against her.

2. On December 16, 2021, the Court sentenced Ms. Palatella to six weeks of incarceration, followed by two years of supervised release, including six months of home

*Motion allowed. NMGorton, USDJ 03/22/2022*